**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Cal Neva Lodge, LLC | |

| | | | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | | |

| | | | |
|---|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-5399582 | |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** <br><br> 1336 Oak Avenue, Suite D <br> Saint Helena, CA 94574 <br> Number, Street, City, State & ZIP Code <br><br> Napa <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Case: 16-10514    Doc#:1    Filed: 06/10/16    Entered: 06/10/16 15:24:50    Page 1 of 23

**7.** **Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5313

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*

  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Case: 16-10514     Doc#: 1     Filed: 06/10/16     Entered: 06/10/16 15:24:50     Page 2 of 23

| Debtor | Cal Neva Lodge, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 3

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/17/16
             MM / DD / YYYY

X _William T. Criswell_                          William T. Criswell
Signature of authorized representative of debtor   Printed name

Title  President of CR Cal Neva,
       LLC-Manager of Cal Neva Lodge,
       LLC

**18. Signature of attorney**

X _____                       Date  5/18/16
Signature of attorney for debtor                         MM / DD / YYYY

David M. Poitras P.C.
Printed name

Jeffer Mangels Butler & Mitchell LLP
Firm name

1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
Number, Street, City, State & ZIP Code

Contact phone  310 203-8080    Email address _____

141309
Bar number and State

Fill in this information to identify the case:

Debtor name   Cal Neva Lodge, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/17/16   x _William T. Criswell_
                                      Signature of individual signing on behalf of debtor

                                William T. Criswell
                                Printed name

                                President of CR Cal Neva, LLC-Manager of Cal Neva Lodge, LLC
                                Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Cal Neva Lodge, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALERT SECURITY 11140 SW BARBUR BLVD. SUITE 105 PORTLAND, OR 97219 | | | | | | $28,111.75 |
| BELFOR ENVIRONMENTAL 50 Artisan Means Way, Suite B Reno, NV 89511 | | | | | | $89,742.11 |
| BRAY WHALER INC. 7936 EAST ARAPAHOE COURT SUITE 1000 CENTENNIAL, CO 80112-1371 | | | | | | $23,826.95 |
| CAPITOL ONE MORTGAGE PAYMENT PAYMENT PROCESSING P.O. BOX 17000 BALTIMORE, MD 21297-1000 | | | | | | $114,421.45 |
| CASE DEVELOPMENT SERVICE LLC 546 WHISPERWOOD DRIVE DADEVILLE, AL 36853 | | | | | | $84,626.68 |
| COLLABORATIVE DESIGN STUDIO 9444 DOUBLE R BLVD. SUITE B RENO, NV 89521 | | | | | | $158,287.64 |
| DIMENSION 4 21 LOCUST AVENUE MILL VALLEY, CA 94941 | | | | | | $452,306.86 |
| GALAXY HOTEL SYSTEMS 15621 RED HILL AVENUE SUITE 100 TUSTIN, CA 92780 | | | | | | $29,596.43 |

Case: 16-10514    Doc# 1    Filed: 06/10/16    Entered: 06/10/16 15:24:50    Page 6 of 23

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GARY DAVID GROUP P.O. BOX 7409 TAHOE CITY, CA 96145 | | | | | | $29,175.05 |
| GLODOW NEAD COMMUNICATIONS 1700 MONTGOMERY ST SUITE 203 SAN FRANCISCO, CA 94111 | | | | | | $97,529.87 |
| MOULIN, XAVIER | | | | | | $103,482.35 |
| NEW WORLD CONCEPT GROUP 1226 SW 15 STREET MIAMI, FL 33145 | FLORENT GATEAU | | | | | $32,086.55 |
| NORTHSTAR DEMOLITION 404 NORTH BERRY STREET BREA, CA 92821-3104 | | | | | | $96,201.18 |
| PAUL DUESING PARTNERS 2600 FAIRMONT STREET BERNWARD HOUSE DALLAS, TX 75201 | | | | | | $90,380.88 |
| PEZONELLA ASSOCIATES INC. 520 EDISON WAY RENO, NV 89502 | | | | | | $34,609.25 |
| PLACER COUNTY TAX COLLECTOR 2976 RICHARDSON DRIVE AUBURN, CA 95603 | | | | | | $51,655.91 |
| SPECTRUM CPA GROUP LLP 250 NW FRANKLIN SUITE 403 BEND, OR 97701 | | | | | | $35,485.79 |
| STARWOOD HOTELS & RESORT WORLDWIDE INC. File 742043 P.O. BOX 742043 LOS ANGELES, CA 90074-2043 | | | | | | $30,278.39 |
| THANNISCH DEVELOPMENT SERVICES INC. 2775 OLD MILTON PARKWAY SUITE 200 ALPHARETTA, GA 30004 | HAL THANNISCH | | | | | $82,039.69 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| THE PENTA BUILDING GROUP 181 EAST WARM SPRINGS ROAD LAS VEGAS, NV 89119 | | | | | | $7,119,902.80 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**United States Bankruptcy Court**
**Northern District of California**

In re  Cal Neva Lodge, LLC _____        Case No. _____
                                    Debtor(s)            Chapter    11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, William T. Criswell, declare under penalty of perjury that I am the **President of CR Cal Neva, LLC-Manager of Cal Neva Lodge, LLC,** and that the following is a true and correct copy of the resolutions adopted by said limited liability company, at a special meeting duly called and held on the 18th day of April, 2016.

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **William T. Criswell, President of CR Cal Neva, LLC-Manager of Cal Neva Lodge, LLC** of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that **William T. Criswell, President of CR Cal Neva, LLC-Manager of Cal Neva Lodge, LLC and/or Robert Radavan, Vice President of CR Cal Neva, LLC** of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that **William T. Criswell, President of CR Cal Neva, LLC-Manager of Cal Neva Lodge, LLC** of this limited liability company is authorized and directed to employ **David M. Poitras P.C.,** attorney and the law firm of **Jeffer Mangels Butler & Mitchell LLP** to represent the limited liability company in such bankruptcy case."

Date  May 17, 2016 _____        Signed  *William T. Criswell*
                                            **William T. Criswell**

Software Copyright (c) 1996-2016 Best Case LLC - www.bestcase.com                    Best Case Bankruptcy

Resolution
of
**Cal Neva Lodge, LLC**

Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **William T. Criswell, President of CR Cal Neva, LLC-Manager of Cal Neva Lodge, LLC** of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that **William T. Criswell, President of CR Cal Neva, LLC-Manager of Cal Neva Lodge, LLC and/or Robert Radavan, Vice President of CR Cal Neva, LLC** of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that **William T. Criswell, President of CR Cal Neva, LLC-Manager of Cal Neva Lodge, LLC** of this limited liability company is authorized and directed to employ **David M. Poitras P.C.,** attorney and the law firm of **Jeffer Mangels Butler & Mitchell LLP** to represent the limited liability company in such bankruptcy case.

Date   May 17, 2016                     Signed   *William T. Criswell*

Date   _____                   Signed   *William T. Criswell*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    Cal Neva Lodge, LLC

               Debtor(s)

Case No. _____

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Cal Neva Lodge, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

CR Cal Neva, LLC

IMC INVESTMENT GROUP CNR, LLC

Ladera Development, LLC

☐ None [*Check if applicable*]

_____6/1F/16_____
Date

_____
David M. Poitras P.C.
Signature of Attorney or Litigant
Counsel for    Cal Neva Lodge, LLC
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
310 203-8080 Fax:310 203-0567

## United States Bankruptcy Court
### Northern District of California

In re   Cal Neva Lodge, LLC
_____          Case No. _____
                          Debtor(s)        Chapter  11  _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of CR Cal Neva, LLC-Manager of Cal Neva Lodge, LLC of the corporation named as the debtor in this case, hereby

verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  _____5/18/16_____          _____William T. Criswell_____
                                  William T. Criswell/President of CR Cal Neva,
                                  LLC-Manager of Cal Neva Lodge, LLC
                                  Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

ADVANCE INSTALLATIONS INC.
P.O. BOX 2163
SPARKS, NV 89432-2163


AFFORDABLE LINEN SERVICES LLC
P.O. BOX 817
KINGS BEACH, CA 96143


ALERT SECURITY
11140 SW BARBUR BLVD. SUITE 105
PORTLAND, OR 97219


ALSCO
2535 EAST 5th STREET
RENO, NV 89512


ARBOR CARE OF TAHOE
P.O. BOX 6239
TAHOE CITY, CA 96145


AT & T
PO Box 5025
Carol Stream, IL 60197


BELFOR ENVIRONMENTAL
50 Artisan Means Way, Suite B
Reno, NV 89511


BRAY WHALER INC.
7936 EAST ARAPAHOE COURT SUITE 1000
CENTENNIAL, CO 80112-1371

BRIGHT BUSINESS MEDIA LLC
475 GATE 5 ROAD SUITE 235
SAUSALITO, CA 94965


CAPITOL CORPRATE SERVICES
P.O. BOX 1831
AUSTIN, TX 78767


CAPITOL ONE MORTGAGE PAYMENT
PAYMENT PROCESSING P.O. BOX 17000
BALTIMORE, MD 21297-1000


CASE DEVELOPMENT SERVICE LLC
546 WHISPERWOOD DRIVE
DADEVILLE, AL 36853


CHARTER BUSINESS
P.O. BOX 60188
LOS ANGELES, CA 90060-0188


COLLABORATIVE DESIGN STUDIO
9444 DOUBLE R BLVD. SUITE B
RENO, NV 89521


CR LAKE TAHOE 9898 LAKE LLC
1226 Oak Ave., Suite D
Saint Helena, CA 94574


CRAIG ROBERTS ASSOCIATES
4230 AVONDALE AVENUE SUITE 202
DALLAS, TX 75219

CRISWELL ASSOCAITES
C/O WILLIAM CRISWELL
42904 CALLE ROBLE
MURRIETA, CA 92562


CRISWELL RADOVAN
1336 OAK AVENUE, SUITE D
SAINT HELENA, CA 94574


DALE COX ARCHITECTS
P.O. BOX 459
TRUCKEE, CA 96160


DEPT OF EMPLOYMENT TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
Carson City, NV 89713-1000


DIMENSION 4
21 LOCUST AVENUE
MILL VALLEY, CA 94941


EIGHME, JIM


FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257-0531


GALAGER, ARTHUR J.

GALAXY HOTEL SYSTEMS
15621 RED HILL AVENUE SUITE 100
TUSTIN, CA 92780


GARY DAVID GROUP
P.O. BOX 7409
TAHOE CITY, CA 96145


GLODOW NEAD COMMUNICATIONS
1700 MONTGOMERY ST SUITE 203
SAN FRANCISCO, CA 94111


GOLD COUNTY TERMITE CONTROL
P.O. BOX 1624
GRASS VALLEY, CA 95945


HALL, THOMAS J.
305 SOUTH ARLINGTON AVENUE
RENO, NV 89501


HIGH SIERRA ELEVATOR INSPECTIONS
6440 SKY POINTE DR. SUITE 140-124
LAS VEGAS, NV 89131


HILL PLANNING INC.
P.O. BOX 6139
INCLINE VILLAGE, NV 89450


HILL, HEATHER
6133 ARNIE DRIVE
WINDSOR, CA 95492

HINCKLEY, ALLEN & SNYDER
28 State Street
Boston, MA 02109-1775


HOSPITALITY CAREERS ONLINE INC.
c/o COMMERCE BANK
P.O. BOX 673682
DETROIT, MI 48267


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


IPFS CORPORATION
P.O. BOX 730223
DALLAS, TX 75373-0223


JKGD ARCHITECTURE ENGINEERING
P.O. BOX 7409
TAHOE CITY, CA 96145


KOCH ELEVATOR CO.
561 SUNSHINE LANE
RENO, NV 89502


KOLESAR & LEATHAM
400 SOUTH RAMPART SUITE 400
LAS VEGAS, NV 89145-5725


Ladera Development, LLC
16475 Bordeaux
Reno, NV 89511

LAW OFFICES OF THOMAS J. HALL
305 ARLINGTON AVENUE
RENO, NV 89501


LIFESCAPES INTERNATIONAL INC.
4930 CAMPUS DRIVE
NEWPORT BEACH, CA 92660


LISA MONROE & ASSOCIATES INC.
P.O. BOX 2252
SPARKS, NV 89432


LUMOS & ASSOCIATES
800 EAST COLLEGE PARKWAY
CARSON CITY, NV 89706


MARRINER, DAVE
MARRINER ESTATE
P.O. BOX 4123
  INCLINE VILLAGE, NV 89450


MOULIN, XAVIER


NATIONAL CORPORATE RESEARCH LTD.
600 Wilshire Blvd., Suite 980
Los Angeles, CA 90017


NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
4600 KIETZKE LANE SUITE L 235
RENO, NV 89502

NEVADA SECRETARY OF STATE
202 NORTH CARSON STREET
CARSON CITY, NV 89701-4201


NEW WORLD CONCEPT GROUP
1226 SW 15 STREET
MIAMI, FL 33145


NEXTIVA INC.
8800 EAST CHAPARRAL ROAD SUITE 300
SCOTTSDALE, AZ 85250


NO LAKE TAHOE FIRE PROTECTION DISTRICT
866 ORIOLE WAY
INCLINE VILLAGE, NV 89451


NORTH LAKE TAHOE CHAMBER
P.O. BOX 1757
TAHOE CITY, CA 96145


NORTH SHORE ACE HARDWARE
200 Secline St.
Kings Beach, CA 96143


NORTH TAHOE BUSINESS ASSOC
8401 N. Lake Blvd.
Kings Beach, CA 96143


NORTH TAHOE PUBLIC UTILITY DISTRICT
P.O. BOX 139
TAHOE VISTA, CA 96148-0139

NORTHSTAR DEMOLITION
404 NORTH BERRY STREET
BREA, CA 92821-3104


NV ENERGY
P.O. BOX 10100
RENO, NV 89520


OKUBO, MARX
455 SHERMAN STREET SUITE 200
DENVER, CO 80203-4428


PACEY, LISA
3901 YOUNG AVENUE
NAPA, CA 94558


PAUL DUESING PARTNERS
2600 FAIRMONT STREET BERNWARD HOUSE
DALLAS, TX 75201


PEZONELLA ASSOCIATES INC.
520 EDISON WAY
RENO, NV 89502


PLACER COUNTY CA
P.O. BOX 1909
TAHOE CITY, CA 96145


PLACER COUNTY TAX COLLECTOR
2976 RICHARDSON DRIVE
AUBURN, CA 95603

POWELL COLEMAN & ARNOLD LLP
8080 NORTH CENTRAL EXPRESSWAY STE 1380
DALLAS, TX 75206


QUICK SPACE
820 Marietta Way
Sparks, NV 89431


RICCA DESIGN
5325 SOUTH VALENTIA WAY
GREENWOOD VILLAGE, CO 80111-3155


ROTHGERBER, LEWIS ROCA
3993 Howard Hughes parkway
Suite 600
Las Vegas, NV 89169


SABRE HOSPITALITY SOLUCTIONS
7285 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


SKY FIBER INTERNET
8975 DOUBLE DIAMOND PKWY SUITE  9
RENO, NV 89521


SMART MEETING
475 GATE 5 ROAD
SAUSALITO, CA 94965


SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE REG CHIEF COUNSEL REG IX
160 SPEAR STREET SUITE 800
SAN FRANCISCO, CA 94105-1545

SOUTHWEST GAS CORPORATION
P.O. BOPX 98890
LAS VEGAS, NV 89193-8890


SPECTRUM CPA GROUP LLP
250 NW FRANKLIN SUITE 403
BEND, OR 97701


STAR REPORTS
735 East Main St.
Hendersonville, TN 37075


STARWOOD HOTELS & RESORT WORLDWIDE INC.
File 742043 P.O. BOX 742043
LOS ANGELES, CA 90074-2043


SWRCB STORM WATER SECTION
P.O. BOX 1977
SACRAMENTO, CA 95812-1977


TAHOE TECH GROUP
P.O. BOX 574
KINGS BEACH, CA 96143


TAHOE TRUCKEE SANITAION
13720 Butterfield Dr.
Truckee, CA 96161


THANNISCH DEVELOPMENT SERVICES INC.
2775 OLD MILTON PARKWAY SUITE 200
ALPHARETTA, GA 30004

THE PENTA BUILDING GROUP
181 EAST WARM SPRINGS ROAD
LAS VEGAS, NV 89119


UNITED STATES TRUSTEE
300 BOOTH STREET SUITE 3009
Reno, NV 89509


USPS
P.O. Box Fee Payment


VERIZON
P.O. BOX 660794
DALLAS, TX 75266-0794


VISION CONTROL ASSOC OF NEVADA INC.
P.O. BOX 335250
NORTH LAS VEGAS, NV 89033


WEIG, ROZLYNN LILLIANA
P.O. BOX 332
CRYSTAL BAY, NV 89402