Debtor name    **Cal Neva Lodge, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **16-bk-10514**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................    $ _____0.00_

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................    $ ___10,707,440.00_

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................    $ ___10,707,440.00_

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ ___7,011,558.82_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $ _____0.00_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ ___9,445,098.58_

4. Total liabilities ...............................................................
   Lines 2 + 3a + 3b      $ ___27,164,097.40_

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 1 of 24

| Fill in this information to identify the case: |

**Debtor name**    Cal Neva Lodge, LLC

**United States Bankruptcy Court for the:**    NORTHERN DISTRICT OF CALIFORNIA

**Case number** (if known)    **16-bk-10514**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

         Current value of debtor's interest

**3.** Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo | Checking | 4100 | $0.00 |
| 3.2. | Wells Fargo | Savings | 0376 | $0.00 |
| 3.3. | Community Bank | Checking | 3932 | $62.00 |
| 3.4. | Wells Fargo | Checking | 2244 | $7,378.00 |

**4.** Other cash equivalents *(Identify all)*

**5.** Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $7,440.00

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:      % of ownership | | |
| 15.1. | **New Cal-Neva Lodge LLC**    100   % | | $10,700,000 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

**17. Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$10,700,000

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 3 of 24

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

Debtor has an indirect beneficial interest in the real property and improvements thereon generally described as 9898 Lake Street, Kings Beach, California ("Property"), pursuant to an exchange agreement, whereby title to the Property was to be transferred to CR Lake Tahoe, LLC in exchange for a 6.67% membership interest in the Debtor. Debtor indirectly owns 100% of CR Lake Tahoe, LLC. Debtor believes the equity in the Property is valued at approximately $1.5 million as of the petition date. Debtor reserves all rights to pursue a claim to obtain title to the Property.

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,440.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $10,700,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,707,440.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,707,440.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 4 of 24

**Fill in this information to identify the case:**

Debtor name  Cal Neva Lodge, LLC

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  16-bk-10514

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Ladera Development, LLC  *Creditor's Name* | Describe debtor's property that is subject to a lien | $7,011,558.82 | $10,700,000 |

16475 Bordeaux
Reno, NV 89511
*Creditor's mailing address*

Describe the lien

*Creditor's email address, if known*

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
10/1/2014
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $7,011,558.82

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 5 of 24

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- |
| **Dept Of Employment Training & Rehab** **Employment Security Division** **500 East Third Street** **Carson City, NV 89713** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- |
| **Employment Development Dept** **Bankruptcy Group MIC 92E** **P.O. Box 826880** **Sacramento, CA 94280-0001** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | |

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- |
| **Franchise Tax Board** **Bankruptcy Section, MS A-340** **P.O. Box 2952** **Sacramento, CA 95812-2952** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | |

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 6 of 24

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Nevada Department Of Taxation
Bankruptcy Section**
4600 Kietzke Lane Suite L 235
Reno, NV 89502

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Nevada Dept Of Taxation
Bankruptcy Section**
555 E Washington Ave #1300
Las Vegas, NV 89101

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State Board Of Equalization
Account Analysis & Control Sct,
MIC 29**
P.O. Box 942879
Sacramento, CA 94279-0029

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 7 of 24

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Advance Installations Inc.**<br>P.O. Box 2163<br>Sparks, NV 89432-2163 | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$22,285.35** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Affordable Linen Services LLC**<br>P.O. Box 817<br>Kings Beach, CA 96143 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$127.47** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Alert Security**<br>11140 SW Barbur Blvd. Suite 105<br>Portland, OR 97219 | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$28,111.75** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**ALSCO**<br>2535 East 5th Street<br>Reno, NV 89512 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$71.70** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**Arbor Care of Tahoe**<br>P.O. Box 6239<br>Tahoe City, CA 96145 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,920.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>**AT & T**<br>P.O. Box 5025<br>Carol Stream, IL 60197 | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$149.33** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 16-10514   Doc# 13   Filed: 06/24/16   Entered: 06/24/16 14:28:55   Page 8 of 24

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $89,742.11 |
|---|---|---|---|

**Belfor Environmental**
50 Artisan Means Way, Suite B
Reno, NV 89511

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $23,826.95 |
|---|---|---|---|

**Bray Whaler Inc.**
7936 East Arapahoe Court Suite 1000
Centennial, CO 80112-1371

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,000.00 |
|---|---|---|---|

**Bright Business Media LLC**
475 Gate 5 Road Suite 235
Sausalito, CA 94965

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $420.00 |
|---|---|---|---|

**Capitol Corprate Services**
P.O. Box 1831
Austin, TX 78767

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $114,421.45 |
|---|---|---|---|

**Capitol One Mortgage Payment**
Payment Processing P.O. Box 17000
Baltimore, MD 21297-1000

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $84,626.68 |
|---|---|---|---|

**Case Development Service LLC**
546 Whisperwood Drive
Dadeville, AL 36853

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $680.03 |
|---|---|---|---|

**Charter Business**
P.O. Box 60188
Los Angeles, CA 90060-0188

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $158,287.64 |
|---|---|---|---|

**Collaborative Design Studio**
9444 Double R Blvd. Suite B
Reno, NV 89521

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 9 of 24

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,151.63 |
|---|---|---|---|

**Craig Roberts Associates**
4230 Avondale Avenue Suite 202
Dallas, TX 75219

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,739.65 |
|---|---|---|---|

**Criswell Associates**
c/o William Criswell
42904 Calle Roble
Murrieta, CA 92562

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409,261.92 |
|---|---|---|---|

**Criswell Radovan**
1336 Oak Avenue, Suite D
Saint Helena, CA 94574

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,105.00 |
|---|---|---|---|

**Dale Cox Architects**
P.O. Box 459
Truckee, CA 96160

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $452,306.86 |
|---|---|---|---|

**Dimension 4**
21 Locust Avenue
Mill Valley, CA 94941

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,416.65 |
|---|---|---|---|

**Eighme, Jim**
1360 Zurich Lane
Incline Village, NV 89451

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.03 |
|---|---|---|---|

**Franchise Tax Board**
P.O. Box 942857
Sacramento, CA 94257-0531

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,823.54 |
|---|---|---|---|

**Galager, Arthur J.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 10 of 24

| | | |
|---|---|---|
| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,596.43 |

**Galaxy Hotel Systems**
15621 Red Hill Avenue Suite 100
Tustin, CA 92780

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,175.05 |

**Gary David Group**
P.O. Box 7409
Tahoe City, CA 96145

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,529.87 |

**Glodow Nead Communications**
1700 Montgomery St Suite 203
San Francisco, CA 94111

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

**Gold County Termite Control**
P.O. Box 1624
Grass Valley, CA 95945

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.50 |

**Hall, Thomas J.**
305 South Arlington Avenue
Reno, NV 89501

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |

**High Sierra Elevator Inspections**
6440 Sky Pointe Dr. Suite 140-124
Las Vegas, NV 89131

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,311.00 |

**Hill Planning Inc.**
P.O. Box 6139
Incline Village, NV 89450

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |

**Hill, Heather**
6133 Amie Drive
Windsor, CA 95492

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 11 of 24

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,536.00 |
|------|--------|--------|--------|

**Hinckley, Allen & Snyder**
28 State Street
Boston, MA 02109-1775

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,699.00 |
|------|--------|--------|--------|

**Hospitality Careers Online Inc.**
c/o Commerce Bank
P.O. Box 673682
Detroit, MI 48267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,269.81 |
|------|--------|--------|--------|

**IPFS Corporation**
P.O. Box 730223
Dallas, TX 75373-0223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,543.36 |
|------|--------|--------|--------|

**JKGD Architecture Engineering**
P.O. Box 7409
Tahoe City, CA 96145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,517.85 |
|------|--------|--------|--------|

**Koch Elevator Co.**
561 Sunshine Lane
Reno, NV 89502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382.50 |
|------|--------|--------|--------|

**Kolesar & Leatham**
400 South Rampart Suite 400
Las Vegas, NV 89145-5725

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,796.75 |
|------|--------|--------|--------|

**Law Offices Of Thomas J. Hall**
305 Arlington Avenue
Reno, NV 89501

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,118.00 |
|------|--------|--------|--------|

**Lifescapes International Inc.**
4930 Campus Drive
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 12 of 24

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Lisa Monroe & Associates Inc.**
P.O. Box 2252
Sparks, NV 89432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,864.74 |
|---|---|---|---|

**Lumos & Associates**
800 East College Parkway
Carson City, NV 89706

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,525.75 |
|---|---|---|---|

**Marriner, Dave**
**Marriner Estate**
P.O. Box 4123
Incline Village, NV 89450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,482.35 |
|---|---|---|---|

**Moulin, Xavier**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.00 |
|---|---|---|---|

**National Corporate Research Ltd.**
600 Wilshire Blvd., Suite 980
Los Angeles, CA 90017

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**Nevada Secretary Of State**
202 North Carson Street
Carson City, NV 89701-4201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**New Cal-Neva Lodge, LLC**
1336 Oak Avenue, Suite D
Saint Helena, CA 94874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,086.55 |
|---|---|---|---|

**New World Concept Group**
1226 SW 15 Street
Miami, FL 33145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 13 of 24

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,645.29 |
|---|---|---|---|

**NEXTIVA Inc.**
8800 East Chaparral Road Suite 300
Scottsdale, AZ 85250

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,418.05 |
|---|---|---|---|

**North Lake Tahoe Fire Protection District**
866 Oriole Way
Incline Village, NV 89451

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.41 |
|---|---|---|---|

**North Lake Tahoe Chamber**
P.O. Box 1757
Tahoe City, CA 96145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435.64 |
|---|---|---|---|

**North Shore Ace Hardware**
200 Secline St.
Kings Beach, CA 96143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**North Tahoe Business Assoc**
8401 N. Lake Blvd.
Kings Beach, CA 96143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $566.46 |
|---|---|---|---|

**North Tahoe Public Utility District**
P.O. Box 139
Tahoe Vista, CA 96148-0139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96,201.18 |
|---|---|---|---|

**Northstar Demolition**
404 North Berry Street
Brea, CA 92821-3104

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,847.56 |
|---|---|---|---|

**NV Energy**
P.O. Box 10100
Reno, NV 89520

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 14 of 24

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,695.36 |
|---|---|---|---|

Okubo, Marx
455 Sherman Street Suite 200
Denver, CO 80203-4428

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

Pacey, Lisa
3901 Young Avenue
Napa, CA 94558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,380.88 |
|---|---|---|---|

Paul Duesing Partners
2600 Fairmont Street Bernward House
Dallas, TX 75201

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,609.25 |
|---|---|---|---|

Pezonella Associates Inc.
520 Edison Way
Reno, NV 89502

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,157.00 |
|---|---|---|---|

Powell Coleman & Arnold Llp
8080 North Central Expressway Ste 1380
Dallas, TX 75206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $474.00 |
|---|---|---|---|

Quick Space
820 Marietta Way
Sparks, NV 89431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $855.00 |
|---|---|---|---|

Ricca Design
5325 South Valentia Way
Greenwood Village, CO 80111-3155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,135.50 |
|---|---|---|---|

Rothgerber, Lewis Roca
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Case: 16-10514   Doc# 13   Filed: 06/24/16   Entered: 06/24/16 14:28:55   Page 15 of 24

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.00 |
|---|---|---|---|
| | Sabre Hospitality Soluctions<br>7285 Collection Center Drive<br>Chicago, Il 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|
| | Sky Fiber Internet<br>8975 Double Diamond Pkwy Suite 9<br>Reno, NV 89521 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|
| | Smart Meeting<br>475 Gate 5 Road<br>Sausalito, CA 94965 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,907.14 |
|---|---|---|---|
| | Southwest Gas Corporation<br>P.O. Box 98890<br>Las Vegas, NV 89193-8890 | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,485.79 |
|---|---|---|---|
| | Spectrum CPA Group LLP<br>250 NW Franklin Suite 403<br>Bend, OR 97701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 |
|---|---|---|---|
| | Star Reports<br>735 East Main Street<br>Hendersonville, TN 37075 | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,278.39 |
|---|---|---|---|
| | Starwood Hotels & Resort Worldwide Inc.<br>File 742043 P.O. Box 742043<br>Los Angeles, CA 90074-2043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $513.00 |
|---|---|---|---|
| | SWRCB Storm Water Section<br>P.O. Box 1977<br>Sacramento, CA 95812-1977 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 16 of 24

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Tahoe Tech Group**
P.O. Box 574
Kings Beach, CA 96143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.59 |
|---|---|---|---|

**Tahoe Truckee Sanitation**
13720 Butterfield Dr.
Truckee, CA 96161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,039.69 |
|---|---|---|---|

**Thannisch Development Services Inc.**
2775 Old Milton Parkway Suite 200
Alpharetta, GA 30004

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,119,902.80 |
|---|---|---|---|

**The Penta Building Group**
181 East Warm Springs Road
Las Vegas, NV 89119

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.00 |
|---|---|---|---|

**USPS**
P.O. Box Fee Payment

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.87 |
|---|---|---|---|

**Verizon**
P.O. Box 660794
Dallas, TX 75266-0794

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,724.48 |
|---|---|---|---|

**Vision Control Assoc Of Nevada Inc.**
P.O. Box 335250
North Las Vegas, NV 89033

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,666.00 |
|---|---|---|---|

**Weig, Rozlynn Lilliana**
P.O. Box 332
Crystal Bay, NV 89402

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 17 of 24

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | $9,445,098.58 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | $9,445,098.58 |

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 18 of 24

In re:                                                                  Case No. 16-10514 TEC
Cal Neva Lodge, LLC

## NOTE TO SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS

Cal Neva Lodge, LLC is a Nevada limited liability company ("Debtor"). Debtor filed its chapter 11 petition on June 10, 2016 (the "Petition Date").

In the interests of full disclosure and in order to provide creditors and parties in interest with a more complete understanding of Debtor's Schedule E/F, Debtor provides this additional note explaining the status and nature of unsecured claims against Debtor.

Debtor owns 100% of the membership interests in a separate limited liability company, New Cal-Neva Lodge, LLC, a Nevada limited liability company ("Property Owner LLC"). Property Owner LLC (not Debtor) owns the real property and improvements thereon generally described as the Cal Neva Resort and Lodge, located on the border of California and Nevada at Lake Tahoe (the "Property").

Property Owner LLC acquired the Property in 2013. Since the acquisition of the Property (except for certain funds received in 2016 on account of certain Condominium Purchase Discount Agreements (the "Condo Agreements")), 100% of all income/revenues/monies received on account of or generated by the Property belong to and are allocable to the Property Owner LLC. Debtor has no income of its own and has not generated any income/revenue/monies (except for funds received in 2016 on account of the Condo Agreements) since the time the Property was acquired in 2013. Notwithstanding, pre-bankruptcy, substantially all bills/expenses for the Property were paid through a bank account in the name of Debtor, which account held only funds owned by and attributable to Property Owner LLC. In sum, Debtor's bank account was used as a conduit for the payment of all bills/expenses/claims of and against the Property, all of which bills/expenses/claims are attributable to Property Owner LLC, not Debtor. This arrangement ceased as of the Petition Date, and post-petition, all bills/expenses/claims of the Property are and will be paid out of bank accounts in the name of Property Owner LLC, as and when funds are available.

On the attached Schedule F, for those scheduled claims where Debtor believes (and evidence supports) that the claim is against Property Owner LLC and not Debtor, Debtor has indicated that such claims are contingent and disputed. Debtor is listing such claims in an abundance of caution and to otherwise provide notice to such parties along with the opportunity to file a claim in the bankruptcy case if they believe that they have a legal right to assert a claim against Debtor. For those scheduled claims that Debtor **has not indicated** that such claims are contingent and disputed, Debtor believes that such claims (and evidence supports) the claim against Debtor, or jointly against Debtor and Property Owner LLC.

If Schedule F indicates your claim as contingent and disputed and you believe that you have an allowable claim against Debtor, you may wish to file a proof of claim with the Bankruptcy Court to preserve your claim, and/or discuss the matter with your own counsel.

Debtor name   Cal Neva Lodge, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   16-bk-10514

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

**2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Condominium Purchase Discount Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Michael Dixsen |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Condominium Purchase Discount Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Brandyn Iverson |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Condominium Purchase Discount Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Charles Munnerlyn |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Condominium Purchase Discount Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Paul Jameson |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Exchange Agreement RE 9898 Lake Street Kings Beach, CA** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Paul and Evy Paye, LLC** |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly internet** | |
| | State the term remaining | **Ongoing** | |
| | List the contract number of any government contract | | **Sky Fiber Internet 8975 Double Diamond Pkwy., Suite 9 Reno, NV 89521** |

Case: 16-10514     Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 21 of 24

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

In re:                                                    Case No. 16-10514 TEC
Cal Neva Lodge, LLC

## NOTE TO SCHEDULE G: EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Cal Neva Lodge, LLC is a Nevada limited liability company ("Debtor"). Debtor filed its chapter 11 petition on June 10, 2016 (the "Petition Date").

PLEASE TAKE NOTICE that Debtor's scheduling of executory contracts on Schedule G is not an admission by Debtor that such contract is in fact executory or unexpired.

| Fill in this information to identify the case: |

Debtor name    Cal Neva Lodge, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   16-bk-10514

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

    *Column 1:* **Codebtor**                                     *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | New Cal-Neva Lodge, LLC | 1336 Oak Avenue, Suite D Saint Helena, CA 94574 | Ladera Development, LLC | ☑ D _____ ☑ E/F _____ ☐ G _____ |

Case: 16-10514    Doc# 13    Filed: 06/24/16    Entered: 06/24/16 14:28:55    Page 23 of 24

**Fill in this information to identify the case:**

Debtor name    Cal Neva Lodge, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    16-bk-10514

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑   *Schedule H: Codebtors* (Official Form 206H)
☑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☑   Amended *Schedule*    List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/24/16     X _____
                                        Signature of individual signing on behalf of debtor

                                     Robert Radovan
                                     Printed name

                                     Vice President of CR Cal Neva, LLC-Manager of Cal Neva Lodge, LLC
                                     Position or relationship to debtor